STATE OF CONNECTICUT *v.* NAPHTALI E. BROWN

The defendant's petition for certification for appeal from the Appellate Court, 18 Conn. App. 716, is denied.

*Kent Drager,* assistant public defender, in support of the petition.

*Frederick W. Fawcett,* assistant state's attorney, in opposition.

Decided September 27, 1989

CITY OF BRISTOL *v.* CHARLES CONDON, JR., ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court is dismissed.

*I. Milton Widem,* in support of the petition.

Decided September 27, 1989

CITY OF BRISTOL *v.* DAVID VOGELSONGER ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court is dismissed.

*I. Milton Widem,* in support of the petition.

Decided September 27, 1989

STATE OF CONNECTICUT *v.* WILLIE CARTER

The defendant's petition for certification for appeal from the Appellate Court is dismissed.

*Sue L. Wise,* in support of the petition.

*Judith Rossi,* assistant state's attorney, in opposition.

Decided September 27, 1989